UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-14023-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

RAMON JOSE-JIMENEZ,

        **Defendant.**

_____/

## UNITED STATES' NOTICE OF EXPERT TESTIMONY FOR CRAIG HELLMAN

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby files, under Federal Rule of Criminal Procedure 16(a)(1)(G) and Local Rule 88.10(o)(3), its notice to introduce testimony from persons described as experts, who will give opinions on matters at trial.   The summary of said evidence is as follows:

      1.    **Craig Hellman**:   Craig Hellman is a Senior Fingerprint Specialist with the Department of Homeland Security Investigations Forensic Laboratory.   A signed copy of Mr. Hellman's report detailing his conclusions (Bates 274), a copy of his curriculum vitae (Bates 275-282), and a list of cases in which Mr. Hellman previously testified as an expert either in trial or by deposition (Bates 283) were provided to defense in the Government's first response to the standing discovery order filed on May 25, 2023. His opinions are based upon his experience as a senior fingerprint examiner, and his specialized training in the field of fingerprint identification.   In addition to these opinions, Mr. Hellman will testify that he conducted standard ACE-V comparisons in this case, and that he was able to determine that the fingerprints contained on the

1

I-205 warrant of removal/deportations (Bates 269-273) had the same patterns as the prints on the defendant's fingerprint card (Bates 266-267) listed in his report.  Mr. Hellman will explain that he determined these patterns matched by comparing their friction ridge detail in spatial relationship to one another, and he concluded that the fingerprints contained on the I-205 warrant of removal/deportations (Bates 269-273) and the defendant's fingerprint card (Bates 266-267) were made by the same individual.  Mr. Hellman then sent the comparison off for independent verification, which confirmed his conclusions.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By: */s/Christopher H. Hudock*
    Christopher H. Hudock
    Assistant United States Attorney
    Florida Bar No.: 92454
    101 South U.S. Highway 1, Suite 3100
    Fort Pierce, Florida 34950
    Tel: (772) 293-0951
    Email: Christopher.Hudock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by either regular U.S. mail or inter-office delivery.

    **/s/Christopher H. Hudock**
    Christopher H. Hudock
    Assistant United States Attorney