UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14023-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RAMON JOSE-JIMENEZ**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION WITH CLARIFICATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 21]. On July 7, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 10] pursuant to a written factual proffer [ECF No. 20]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 10]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED** with the following clarification. The Indictment charges Defendant with violating 8 U.S.C. § 1326(a), with no reference to any of the enhanced penalties in subsection (b)

CASE NO. 23-14023-CR-CANNON

of that section. The Report and Recommendation incorrectly references (b)(2) in the description of the offense to which Defendant pled guilty [ECF No. 21 ¶ 4].

2. The guilty plea entered into by Defendant **Ramon Jose-Jimenez** as to the sole Count of the Indictment is **ACCEPTED**.

3. Defendant **Ramon Jose-Jimenez** is adjudicated guilty of the sole Count of the Indictment, which charges him with illegal reentry of a deported alien, in violation of 8 U.S.C. § 1326(a) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of July 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record